# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 25, 2023 11:40AM

NANCY C. COLBERT

| Rcpt. No: 20012454 | Trans. Date: Aug 25, 2023 11:40AM | | | Cashier ID: #RF |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | OTCnet Check | #1755 | 08/24/2023 | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: COLBERT V MA REGISTRY OF MOTOR VEHICLES,ET AL.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.