## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY COLBERT,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLLEEN OGILVIE,** | : | |
| *Defendant.* | : | **NO. 23-cv-03348** |

## <u>ORDER</u>

**AND NOW,** this **16th** day of **October 2024**, upon consideration of Plaintiff's Motion for

Default Judgment (ECF No. 29) and after receiving the attached correspondence from Defendant's

counsel (see Exhibit A), it is hereby **ORDERED** that the parties shall attend an in-person hearing

on Plaintiff's Motion on **<u>Wednesday, October 30, 2024 at 10:00 a.m. in Courtroom 11B</u>**.


**BY THE COURT:**

**/s/ Chad F. Kenney**
_____

**CHAD F. KENNEY, JUDGE**

# EXHIBIT A

**From:** Carey, Kathleen <kcarey@MBTA.com>
**Sent:** Tuesday, September 24, 2024 5:24 PM
**To:** Chambers of Judge Chad F Kenney <Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov>
**Cc:** nrcc1@protonmail.com
**Subject:** Nancy Colbert v. Colleen Ogilvie, 2:23-cv-033348

<mark>**CAUTION - EXTERNAL:**</mark>

Good Evening:
I am writing to alert the Court to the matter referenced above.
The Defendant, Colleen Ogilvie, is an employee of the Massachusetts Department of
Transportation, Registry of Motor Vehicles.  The Department's employees are by statute
represented by the Office of the Attorney General of Massachusetts.  However, there are no
Assistant Attorneys General in that office who are admitted to practice in Pennsylvania.  I am
writing to inform you that we are working to have a Special Assistant Attorney General
appointed to enter an appearance in this matter and to respond, if permitted, on the merits.
We hope to have that process completed as soon as possible.  I would ask that we be
permitted several days to complete this process before other action is taken on this matter.
I have cc'ed Plaintiff Colbert on this email using the email address provided by her on the
Complaint.
Thank you.
Kathleen A. Carey

Kathleen A. Carey (she/her)
Managing Counsel for Litigation MassDOT
10 Park Plaza Suite 3510
Boston, MA 02116
617-835-8198

This email/electronic message, including any attached files, is being sent by the MBTA. It is solely
intended for the recipient(s) and may contain information that is proprietary, confidential, legally
privileged, and/or exempt from disclosure pursuant to state and federal law. If you have received
this message in error or are not the intended recipient(s), please notify the sender immediately by
reply, and delete all copies of this email/electronic message and any attached files from your
computer. If you are the intended recipient(s), you may use the information contained in this
email/electronic message and any attached files only as authorized by the MBTA. Any unauthorized
use, dissemination, or disclosure of this email/electronic message and/or its attached files is strictly

prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.