IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY COLBERT,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **COLLEEN OGILVIE,** | : | |
| *Defendant.* | : | **NO. 23-cv-03348** |

# ORDER

**AND NOW,** this **16th** day of **December 2024**, upon consideration of Plaintiff's Amended Complaint (ECF No. 21), Defendant's Motion to Dismiss (ECF No. 31), Plaintiff's Motion to Strike Response to Defendant's Motion to Dismiss (ECF No. 37), Plaintiff's Motion for Default Judgment (ECF No. 29), Defendant's Response to Plaintiff's Motion for Default Judgment (ECF No. 32), Plaintiff's "Motion Response to Defendant's Response" (ECF No. 35), Defendant's Response to Plaintiff's Motion to Strike Defendant's Motion to Dismiss (ECF No. 39), Plaintiff's "Response to Defendant's Response to Plaintiff's Motion to Strike" (ECF No. 40), Plaintiff's Motion for Sanctions (ECF No. 41), Plaintiff's Addendum to "Motion Response To Defendant Response" (ECF No. 42), Defendant's Response to Plaintiff's Motion for Sanctions (ECF No. 43), and Plaintiff's "Response to Defendant Response to Motion for Sanctions" (ECF No. 44), it is hereby **ORDERED** that:

1. Plaintiff's Motion to Strike (ECF No. 37) is **DENIED.**

2. Defendant's Motion to Dismiss (ECF No. 31) is **GRANTED.** The above-captioned action is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motion for Default Judgment (ECF No. 29) is **DENIED as moot.**

4. Plaintiff's Motion for Sanctions (ECF No. 41) is **DENIED.**

2

5. The Clerk of Court is hereby **DIRECTED** to remove the gavel from Plaintiff's "Motion Response to Defendant's Response" (ECF No. 35) and **CLOSE** this case.

                              **BY THE COURT:**

                              /s/ Chad F. Kenney
                              _____
                              **CHAD F. KENNEY, JUDGE**