IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY COLBERT,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLLEEN OGILVIE,** | : | |
| *Defendant.* | : | **NO. 23-cv-03348** |

## ORDER

**AND NOW,** this **4th** day of **March 2025**, upon review of the docket, Pro Se Plaintiff's Motion for New Trial (ECF No. 47), Defendant's Response to the Motion (ECF No. 49), Plaintiff's Memorandum of Law in Support of Motion for New Trial (ECF No. 50), and Plaintiff's Reply to Defendant's Response (ECF No. 51), it is hereby **ORDERED** that the Motion (ECF No. 47) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**