## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY COLBERT, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| COLLEEN OGILVIE, | : | |
| *Defendant.* | : | NO. 23-cv-03348 |

## ORDER

**AND NOW,** this **2nd** day of **May 2025**, upon review of the docket, Pro Se Plaintiff's Rule 60(b)(6) Motion (ECF No. 56), Defendant's Response to the Motion (ECF No. 58), and Plaintiff's Reply (ECF No. 59), it is hereby **ORDERED** that the Motion (ECF No. 56) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

_____
CHAD F. KENNEY, JUDGE